IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, et al.,

    Plaintiffs,

v.

YONG KEE COMPANY INC.,

    Defendant.

No. C 09-02290 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On May 22, 2009, Plaintiff filed the Complaint in this action. There has been no further action in this case, and it does not appear from the record that Plaintiff served Defendant. Accordingly, Plaintiff is HEREBY ORDERED to show cause why the case should not be dismissed under Rule 4(m) for failure to timely serve the Defendant or, in the alternative, why the case should not be dismissed under Rule 41 for failure to prosecute. Plaintiff's response to this Order to Show Cause shall be due on February 12, 2010. Failure to file a timely response to this Order to Show Cause shall result in dismissal of this case without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: January 29, 2010

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE