1 | THOMAS E. FRANKOVICH (State Bar #074414)
2 | THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
3 | San Rafael, CA 94903
Telephone: 415/674-8600
4 | Facsimile: 415/674-9900

5 | Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
6 | EDUCATION SERVICES: HELPING YOU
HELP OTHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　Plaintiffs,<br><br>v.<br><br>YONG KEE COMPANY, INC., a California corporation, a.k.a. MIYOSHI SUSHI & GRILL,<br><br>　　　Defendant.<br>_____ | CASE NO. CV-09-2290-JSW<br><br>**AMENDED NOTICE OF SETTLEMENT AND [PROPOSED] ORDER THEREON** |

**TO THE COURT AND ALL PARTIES OF INTEREST:**

Notice is hereby given that the parties in the above-captioned matter have agreed to settlement terms which fully resolve the claims herein.

///
///
///
///
///
///

---

**AMENDED NOTICE OF SETTLEMENT AND [PROPOSED] ORDER THEREON**　　　　　CV-09-2290-JSW

The parties respectfully request that all matters currently on calendar be vacated. Dismissal documents will be filed with the Court no later than forty-five (45) days from the filing of this notice.

Dated: February 3, 2010

THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***

By:   /s/ Thomas E. Frankovich
       Thomas E. Frankovich
Attorneys for CRAIG YATES and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES: HELPING YOU HELP OTHERS

## ORDER

**IT IS HEREBY ORDERED** that all matters currently on calendar for the above-referenced case are hereby vacated. The parties shall file dismissal documents within forty-five (45) days from this notice.

Dated: February 5, 2010   2010

_____
Honorable Jeffery S. White
United States District Court Judge