1 | THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
2 | *A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
3 | San Rafael, CA 94903
Telephone:    415/674-8600
4 | Facsimile:    415/674-9900

5 | Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
6 | EDUCATION SERVICES: HELPING YOU
HELP OTHER

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

| CRAIG YATES, an individual; and | ) | **CASE NO. CV-09-2290-JSW** |
| DISABILITY RIGHTS, ENFORCEMENT, | ) | |
| EDUCATION, SERVICES: HELPING | ) | **AMENDED NOTICE OF** |
| YOU HELP OTHERS, a California public | ) | **SETTLEMENT AND [PROPOSED]** |
| benefit corporation, | ) | **ORDER THEREON** |
| | ) | |
|         Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YONG KEE COMPANY, INC., a | ) | |
| California corporation, a.k.a. MIYOSHI | ) | |
| SUSHI & GRILL, | ) | |
| | ) | |
|         Defendant. | ) | |
| _____ | ) | |

**TO THE COURT AND ALL PARTIES OF INTEREST:**

Notice is hereby given that the parties in the above-captioned matter have agreed to settlement terms which fully resolve the claims herein.

///
///
///
///
///
///

AMENDED NOTICE OF SETTLEMENT AND [PROPOSED] ORDER THEREON          CV-09-2290-JSW

1     The parties respectfully request that all matters currently on calendar be vacated.

2  Dismissal documents will be filed with the Court no later than forty-five (45) days from the filing

3  of this notice.

4

5  Dated: February 3, 2010                    THOMAS E. FRANKOVICH,
                                              *A PROFESSIONAL LAW CORPORATION*
6

7                                             By:_____/s/ Thomas E. Frankovich_____
                                                    Thomas E. Frankovich
8                                             Attorneys for CRAIG YATES and
                                              DISABILITY RIGHTS ENFORCEMENT,
9                                             EDUCATION SERVICES: HELPING YOU HELP
                                              OTHERS
10

11                                      **ORDER**

12     **IT IS HEREBY ORDERED** that all matters currently on calendar for the above-

13  referenced case are hereby vacated.  The parties shall file dismissal documents within forty-five

14  (45) days from this notice.

15

16

17  Dated: _February 5, 2010_____ 2010

18                                             Honorable Jeffery S. White
                                               United States District Court Judge

19

20

21

22

23

24

25

26

27

28

AMENDED NOTICE OF SETTLEMENT AND [PROPOSED] ORDER THEREON          CV-09-2290-JSW          -2-